DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SOTERO MAEDA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOTERO MAEDA-HERNANDEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR. S-06-091 LKK <br><br> **STIPULATION AND ORDER VACATING TRIAL, SCHEDULING STATUS CONFERENCE, AND EXCLUDING TIME** <br><br> Date:  April 25, 2006 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Sotero Maeda-Hernandez, that the dates presently scheduled for trial confirmation hearing and jury trial (April 25 and May 16, 2006) may be vacated and a status conference scheduled for May 16, 2006, at 9:30 a.m.

   Defense continues seeks additional time to review discovery and a pre-plea presentence report with Mr. Hernandez and to speak to Mr. Hernandez's family, work that counsel hopes will favorably affect resolution of the case.  So that the defense will have sufficient time to complete its work, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under

1 the Speedy Trial Act may be excluded from the date of this order through May 15,
2 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Acting Federal Defender

Dated: April 20, 2006                      /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for SOTERO MAEDA-HERNANDEZ

                                                McGREGOR SCOTT
                                                United States Attorney

Dated: April 20, 2006                      /s/ T. Zindel for M. Beckwith
                                                MICHAEL BECKWITH
                                                Assistant U.S. Attorney

**O R D E R**

    The trial confirmation hearing and jury trial dates are vacated and a status conference is scheduled for May 16, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 16, 2006.

    IT IS SO ORDERED.

Dated:  April 24, 2006                   /s/ Lawrence K. Karlton
                                                HON. LAWRENCE K. KARLTON
                                                Senior, United States District Judge