1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   SOTERO MAEDA-HERNANDEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) No. CR. S-06-091 LKK
                                  )
13              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
14     v.                         ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
15 SOTERO MAEDA-HERNANDEZ,        )
                                  )
16              Defendant.        ) Date:  May 16, 2006
                                  ) Time:  9:30 a.m.
17 _____) Judge: Hon. Lawrence K. Karlton

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

20 America, and defendant, Sotero Maeda-Hernandez, that the status conference

21 scheduled for May 16 may be continued to June 20, 2006, at 9:30 a.m.

22     Defense counsel seeks additional time to obtain and review records relating

23 to Mr. Maeda's arrest and prior court cases.  Several weeks time is needed to

24 obtain the records, which must be reviewed before Mr. Maeda can make a fully-

25 informed decision about resolving the case without trial.  So that this may be

26 done, the parties agree that the ends of justice to be served by a continuance

27 outweigh the best interests of the public and the defendant in a speedy trial

28 and that time under the Speedy Trial Act may be excluded from the date of this

order through June 20, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

Dated:  May 12, 2006                    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for SOTERO MAEDA-HERNANDEZ


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  May 12, 2006                    /s/ T. Zindel for M. Beckwith
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to June 20, 2006, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 20, 2006.

IT IS SO ORDERED.

```
Dated:  May 12, 2006                    /s/ Lawrence K. Karlton
                                        HON. LAWRENCE K. KARLTON
                                        United States District Judge
```

Stip. in U.S.A. v. Maeda-Hernandez          2