```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SOTERO MAEDA-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR. S-06-091 LKK |
|                             ) | |
|             Plaintiff,      ) | |
|                             ) | **STIPULATION AND ORDER** |
|      v.                     ) | **CONTINUING STATUS CONFERENCE** |
|                             ) | **AND EXCLUDING TIME** |
| SOTERO MAEDA-HERNANDEZ,      ) | |
|                             ) | |
|             Defendant.      ) | Date:  June 20, 2006 |
|                             ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Sotero Maeda-Hernandez, that the status conference scheduled for June 20 may be continued to June 27, 2006, at 9:30 a.m.

    Assigned government counsel is presently in trial and unavailable to discuss the case with defense counsel. Meanwhile, the defense awaits additional records the government has promised to provide. So that these tasks may be done, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this

/////

order through June 27, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 16, 2006         /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for SOTERO MAEDA-HERNANDEZ


                              McGREGOR SCOTT
                              United States Attorney

Dated:  June 16, 2006         /s/ T. Zindel for M. Beckwith
                              MICHAEL BECKWITH
                              Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 27, 2006, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 27, 2006.

IT IS SO ORDERED.

Dated: June 16, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Maeda-Hernandez     2