DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SOTERO MAEDA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOTERO MAEDA-HERNANDEZ,<br><br>　　　　Defendant. | No. 2:06-CR-0091 LKK<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER ISSUING WRIT**<br><br>Judge: Hon. Kimberly K. Mueller |

　　　Undersigned counsel hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum on behalf of Sotero Maeda-Hernandez, who is charged in this district in a Superseding Petition for Warrant or Summons for Offender under Supervision filed July 13, 2007, alleging a violation of supervised release.  Mr. Maeda-Hernandez is presently in the custody of the Bureau of Prisons at the Dalby Correctional Facility, 805 North Avenue F, in Post, Texas, under Reg. No. 09407-097.

　　　The petition alleging a supervised release violation was lodged as a detainer against Mr. Maeda-Hernandez in 2007.  Mr. Maeda-Hernandez wrote to the Court on January 7, 2008, inquiring about the detainer; the

Probation Office answered his letter on behalf of the Court. On September 18, 2008, he wrote to the Probation Office asking to resolve the petition without further delay. He wrote again on November 25, 2008, reiterating his request, and Probation referred the matter to defense counsel to resolve. This application is intended to afford Mr. Maeda-Hernandez an opportunity to answer the petition promptly.

Mr. Maeda-Hernandez further asks that he be retained in federal custody at Sacramento until final disposition of the pending petition, to be returned to the Bureau of Prisons when the proceedings are concluded. His appearance is necessary forthwith in the Eastern District of California.

A proposed order is attached for the Court's convenience.

DATED: February 6, 2009          /S/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for SOTERO MAEDA-HERNANDEZ

**ORDER ISSUING WRIT OF HABEAS CORPUS**

The above application, unopposed by the government, is granted and a writ of habeas corpus ad prosequendum is hereby issued. The Bureau of Prisons and the United States Marshal's Service for this district are hereby ordered to produce the named detainee forthwith at the District Court for the Eastern District of California in Sacramento and at any further proceedings to be had in this cause. At the conclusion of the proceedings, the Marshal's Service shall return the detainee to the Bureau of Prisons.

The Clerk of the Court shall serve this writ forthwith on the Marshal Service and on the warden or other designate of the Bureau of Prisons at the institution where defendant is presently housed.

**IT IS SO ORDERED.**

Dated: February 26, 2009

_____
U.S. MAGISTRATE JUDGE

App. for Writ of Habeas
Corpus ad Prosequendum; Order      -3-